NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY,
Petitioner,

v.

Thomas YOUNG; Director, office of
Workers' Compensation Programs,
United States Department of Labor,
Respondents.

No. 00–2452.

United States Court of Appeals,
Fourth Circuit.

Submitted April 10, 2001.

Decided Aug. 28, 2003.

Jonathan H. Walker, Christopher R.
Hedrick, Mason, Cowardin & Mason, P.C.,
Newport News, Virginia, for Petitioner.
Judith E. Kramer, Carol A. De Deo, Mark
A. Reinhalter, Julia Mankata, United
States Department of Labor, Washington,
D.C. for Respondents.

Before NIEMEYER, LUTTIG, and
KING, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Newport News Shipbuilding and Dry
Dock Company seeks review of the Bene-
fits Review Board's decision and order af-
firming the Administrative Law Judge's
order denying partial relief under § 8(f) of
The Longshore and Harbor Workers'
Compensation Act, 33 U.S.C.A. §§ 901–950
(West 1986 & Supp.2000). Our review of
the record discloses that the Board's deci-
sion is without reversible error. Accord-
ingly, we deny the petition for review. We
deny as moot the Employer's motion to
hold the case in abeyance pending resolu-
tion of *Newport News Shipbuilding & Dry
Dock Co. v. Winn,* 326 F.3d 427 (4th Cir.
2003); *Newport News Shipbuilding & Dry
Dock Co. v. Ward,* 326 F.3d 434 (4th Cir.
2003); *Newport News Shipbuilding & Dry
Dock Co. v. Cherry,* 326 F.3d 449 (4th
Cir.2003); and *Newport News Shipbuild-
ing & Dry Dock Co. v. Pounders,* 326 F.3d
455 (4th Cir.2003). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*PETITION DENIED.*